UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,　　　　　　　CASE NO.: 8:12-CV-0177-STM-TBM

　　　　Plaintiff,
v.

LAKE CHASE CONDOMINIUM
ASSOCIATION, INC.

　　　　Defendants.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS　　related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

　　a.　*United States of America v. Kun He*, Case No. 8:12-CV-01381-EAK-EAJ, removed to the United States District Court, Middle District of Florida;

　　The Property which is the subject of each action is the same. KUN HE is the current titleholder of the Property. LAKE CHASE CONDOMINIUM ASSOCIATION, INC., is the entity which filed a foreclosure action against the Secretary of Housing and Urban Development.

_____ IS NOT　　related to any pending or closed civil or criminal case filed with the Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Dated: April 24, 2013.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BECKER & POLIAKOFF, P.A.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　121 Alhambra Plaza, 10th Floor
　　　　　　　　　　　　　　　　　　　　Coral Gables, FL 33134
　　　　　　　　　　　　　　　　　　　　Tel.: (305) 262-4433 / Fax: (305) 442-2232
　　　　　　　　　　　　　　　　　　　　SDavis@becker-poliakoff.com

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　STEVEN M. DAVIS, ESQ.
　　　　　　　　　　　　　　　　　　　　Florida Bar # 894249

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing to: **Scott C. Davis, Esquire,** Business Law Group, Suite 375, 301 W. Platt Street, Tampa, FL 33606 (Email: Sdavis@blawgroup.com).

BECKER & POLIAKOFF, P.A.
*Attorneys for Plaintiff*
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Tel.: (305) 262-4433 / Fax: (305) 442-2232
SDavis@becker-poliakoff.com

By: _____
STEVEN M. DAVIS, ESQ.
Florida Bar # 894249

ACTIVE: U06092/331639:4653334_1