**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LAKE CHASE CONDOMINIUM
ASSOCIATION, INC.,

          Plaintiff,

vs.                                      Case No.  8:12-cv-177-T-23TBM

SECRETARY, DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,
et al.,

          Defendants.
_____

UNITED STATES OF AMERICA,

          Plaintiff,

vs.                                      Case No.  8:12-cv-1381-T-23EAJ

KUN HE,

          Defendant.
_____/

**O R D E R**

On April 18, 2013, the Honorable Steven D. Merryday, United States District Judge, entered an Order (Doc. No. 15, Case. No. 8:12-cv-177-T-23TBM) directing the parties to participate in a settlement conference before the undersigned.[1]  Based on the parties' representations, it is

**ORDERED:**

1.      A settlement conference in this matter is set before the undersigned on **Monday, May 20, 2013, at 10:00 a.m.**, in Courtroom 5D, Fifth Floor, U.S. Courthouse, 300 North Hogan

---

[1] In accordance with the April 18, 2013 Order, on April 30, 2013, Judge Merryday entered an Order (Doc. No. 22) in case no. 8:12-cv-1381-T-23EAJ, directing those parties to participate in the settlement conference.

Street, Jacksonville, Florida.[2]  Plaintiffs' counsel, Defendants' counsel, and representatives of Plaintiffs and Defendants with full settlement authority shall <u>personally</u> attend.[3]

2.	No later than **Monday, May 13, 2013**, counsel for Plaintiffs and counsel for Defendants shall each submit for the Court's consideration a "**confidential**" memorandum setting forth their respective positions on settlement and the ultimate settlement position to which each party would be willing to agree.  These memoranda **should not be filed** with the Clerk of the Court, but rather should be faxed or emailed directly to the undersigned.[4]  The "confidential" memoranda are for the Court's benefit only and the contents thereof will not be communicated to anyone.  At the conclusion of the settlement conference, whether or not settlement is reached, the memoranda will be destroyed by the Court.[5]

**DONE AND ORDERED** at Jacksonville, Florida on April 30, 2013.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

---

[2]	The parties are reminded that photo identification is required to enter the United States Courthouse. Counsel of record may bring cellular telephones and/or laptop computers into the courthouse and the courtroom upon presentation of this Order to courthouse security personnel.

[3]	In light of this Order, the parties are relieved from filing a notice advising the Court of the date and time of the settlement conference. <u>See</u> Order (Doc. No. 15, Case No. 8:12-cv-177-T-23TBM), at 2.

[4]	The documents shall be mailed to James R. Klindt, United States Magistrate Judge, 300 North Hogan Street, Suite 5-111, Jacksonville, Florida, 32202 or emailed to the undersigned's chambers email account: chambers_flmd_klindt@flmd.uscourts.gov.

[5]	Any questions regarding this procedure may be directed to the undersigned's chambers at 904-360-1520.

Copies to:
Counsel of Record
Pro Se Parties